UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAGE WESTON,

Plaintiff,                                    Case No.: 1:25-cv-00533-HYJ-RSK

v.                                            HON. Hala Y. Jarbou

EQUIFAX INFORMATION SERVICES LLC,

Defendant.
_____/

Tarek N. Chami P76407
CONSUMER JUSTICE LAW FIRM PLC
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumerjustice.com
P76407

*Attorneys for Plaintiff*
*Gage Weston*

### NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

**NOTICE IS HEREBY GIVEN** that Plaintiff Gage Weston and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

Respectfully Submitted this 28th day of July 2025

**CONSUMER JUSTICE LAW FIRM PLC**

By: */s/ Tarek N. Chami*
Tarek N. Chami
CONSUMER JUSTICE LAW FIRM PLC
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumerjustice.com
P76407

*Attorneys for Plaintiff*
*Gage Weston*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Tarek Chami*