UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAGE WESTON,

        Plaintiff,                              Case No. 1:25-cv-00533-HYJ-RSK

v.                                         Hon. Hala Y. Jarbou

EQUIFAX INFORMATION SERVICES, LLC,

        Defendant.
_____/

## ORDER

      The Court having been advised of the parties' agreement to settle this matter by way of a Notice of Settlement (ECF No. 14) filed by the parties on July 28, 2025, **IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **September 26, 2025**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.

      IT IS SO ORDERED.

Dated:  July 28, 2025                                  /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                        Chief United States District Judge