UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAGE WESTON,

Plaintiff,                                             Case No.: 1:25-cv-00533-HYJ-RSK

v.                                                     HON. Hala Y. Jarbou

EQUIFAX INFORMATION SERVICES LLC,

Defendant.
_____/

Tarek N. Chami P76407
CONSUMER JUSTICE LAW FIRM PLC
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumerjustice.com
P76407

*Attorneys for Plaintiff*
*Gage Weston*

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Gage Weston and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax Information Services, LLC. There are no remaining defendants in this matter.

//

1

Respectfully submitted this 16th of October 2025

By: */s/ Tarek N. Chami*
Tarek N. Chami
CONSUMER JUSTICE LAW FIRM PLC
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumerjustice.com
P76407

*Attorneys for Plaintiff*
*Gage Weston*

*/s/Jordan S. Bolton*
Jordan S. Bolton (P66309)
Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 727-1449
jbolton@taftlaw.com

*Attorney for Defendant*
*Equifax Information Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Tarek Chami*