UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAGE WESTON,

Plaintiff,                                             Case No.: 1:25-cv-00533-HYJ-RSK

v.                                                           HON. Hala Y. Jarbou

EQUIFAX INFORMATION SERVICES LLC,

Defendant.
_____/

Tarek N. Chami P76407
CONSUMER JUSTICE LAW FIRM PLC
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumerjustice.com
P76407

*Attorneys for Plaintiff*
*Gage Weston*

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC ("Equifax"), and good cause appearing,

**IT IS ORDERED** that the Stipulation (ECF No. 19) is **GRANTED**.  The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax.

Dated: October 20, 2025                       /s/ Hala Y. Jarbou
                                                              HALA Y. JARBOU
                                                              CHIEF UNITED STATES DISTRICT JUDGE